RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Joseph Gabaldon

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH GABALDON,<br><br>　　　　Defendant. | Case No. 2:20-cr-00241-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Joseph Gabaldon, that the Revocation Hearing currently scheduled on July 5, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel has a conflict and is scheduled to be in another hearing at the time this revocation hearing is currently set.

　　　　2.　　Defense counsel needs additional time speak to Mr. Gabaldon and gather mitigating information for the upcoming revocation hearing.

3. Mr. Gabaldon is in custody and agrees with the need to continue the hearing.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 3rd day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Brian Y. Whang<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH GABALDON,<br><br>Defendant. | Case No. 2:20-cr-00241-JCM-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 5, 2023 at 10:00 a.m., be vacated and continued to September 8, 2023 at 10:00 a.m.; or to a time and date convenient to the court.

DATED July 3, 2023.

_____
UNITED STATES DISTRICT JUDGE

3